ANN M. SMITH et al., Respondents, *v.* NELSON TERRY, Appellant.

*Smith* v. *Terry*, 38 App. Div. 394, affirmed.
(Argued April 2, 1901; decided April 23, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made March 7, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and granting a new trial.

*Horace Secor, Jr.*, for appellant.

*A. N. Weller* and *George Wallace* for respondents.

Order affirmed and judgment absolute ordered for plaintiffs on the stipulation, with costs, on opinion below.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ.  Not sitting : CULLEN, J.